MEF:TJS:JL
F. #2005R01825

**CR 06 283**

**GARAUFIS, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOHN DOE,

             Defendant.

- - - - - - - - - - - - - - - - -X

<u>NOTICE OF MOTION</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 25 2006 ★
BROOKLYN OFFICE

**MATSUMOTO, M.J.**

   PLEASE TAKE NOTICE that the government will move this Court, before a United States District Judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         April 25, 2006

                                    ROSLYNN R. MAUSKOPF
                                    United States Attorney
                                    Eastern District of New York

                           By:      _____
                                    Joey Lipton
                                    Assistant U.S. Attorney
                                    (718) 254-6125

cc:   Thomas Dunn, Esq.

CR 06 283

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APR 25 2006

BROOKLYN OFFICE

GARAUFIS, J.

MATSUMOTO, M.J

1. Title of Case: United States v. John Doe

2. Related Magistrate Docket Number(s): _____
   None ( )

3. Arrest Date: 2/1/06

4. Nature of offense(s): (X) Felony
   ( ) Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): U.S. v. Urso, et al., No. 03 CR 1382 (NGG)

6. Projected Length of Trial: Less than 6 weeks (X)
   More than 6 weeks ( )

7. County in which crime was allegedly committed: Richmond
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed? (X) Yes ( ) No

9. Have arrest warrants been ordered? ( ) Yes (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Joey Lipton
Assistant U.S. Attorney
(718) 254-6125

Rev. 3/22/01